AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Petrocelli ROBERTSON; a black male, DOB: 01/12/1986, SSN: XXX-XX-3312 located at 2460 Jackson Pike, Columbus, Ohio 43223

Case No. 2:23-mj-24

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

See Affidavit

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Janna Penfield, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 13, 2023

City and state: Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT

Your Affiant, Janna Penfield, deposes and states:

1. Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since August 6, 2018. Prior to becoming a Special Agent with ATF, Your Affiant was a United States Probation Officer with the United States Probation Department through the Southern District of Ohio from October 2014 through January 2018. Additionally, from August 2007 through October 2014, Your Affiant was a Parole Officer through the State of Ohio, which included a special assignment position with the United States Marshal Service as a Task Force Officer on the Southern Ohio Fugitive Apprehension Strike Team. Your Affiant has completed the Federal Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Your Affiant has also completed the Initial Pretrial and Probation Training Program at the Federal Law Enforcement Training Center in Charleston, South Carolina, and the State of Ohio Parole Academy in Columbus, Ohio. In addition to the firearms, arson, and explosives related training received in these courses, Your Affiant has also conducted and participated in investigations involving firearms and narcotics.

2. All of the information contained in this affidavit is the result of either Your Affiant's own personal observations or investigation or has been provided to Your Affiant by other law enforcement officers.

3. This Affidavit is submitted in support of a search warrant for buccal swabs for DNA material from the person of Petrocelli ROBERTSON (hereinafter referred to as ROBERTSON), date of birth January 12, 1986. ROBERTSON is suspected of being in possession of firearms while under a legal disability, in violation of 18 U.S.C. 922(g)(1). Because this Affidavit is

submitted for the limited purpose of demonstrating probable cause for the issuance of the requested warrant, it does not contain each and every fact known about this case by Your Affiant or the investigating agencies.

4. Deoxyribonucleic acid (DNA) is genetic coding material, which is unique to each individual. Laboratory analysis of DNA material can establish whether material, such as saliva, skin, hair, or blood came from a particular individual. Because DNA is sometimes left behind on physical items previously touched by a particular individual, DNA evidence can be useful, admissible evidence in demonstrating that a particular person at one time was in possession of a particular piece of physical evidence, or present at a particular location or in a particular vehicle.

5. The Central Ohio Human Trafficking Task Force (HTTF) began conducting an investigation in 2020 into ROBERTSON's potential human trafficking offenses in the Southern District of Ohio. During the investigation, information was obtained that indicated ROBERTSON was also involved in trafficking narcotics. Their investigation has been ongoing since 2020.

6. On May 27, 2021, Columbus Police Department (CPD) executed two search warrants at the residence of 386 South Huron Avenue, Columbus, Ohio, the residence of Jeannette Limoli. ROBERTSON refers to Limoli as "mom" and used her address as his residence for his Adult Parole Authority address. He has also obtained an Ohio Identification Card from the Bureau of Motor Vehicles with the South Huron address listed as his residence. On April 13, 2021, ROBERTSON placed a jail call to a known significant other, Destiny Quillen. Quillen reported she had given "mom" (Limoli) all of ROBERTSON's stuff.

7. During the search warrant, agents recovered personal items belonging to ROBERTSON, including his wallet with his Ohio Identification card. The following items were also seized: Kahr Arms, model CM9, 9mm pistol bearing serial number 108390; Glock, model 40,

10mm pistol bearing serial number BELY681; Sig Sauer, model P320, 9mm pistol bearing serial number 58A128272; Glock, model 20, 10mm pistol bearing serial number BPMV817, Glock, model 23, .40 caliber pistol bearing serial number BHXH270, Glock, model 34, 9mm pistol bearing serial number BHLP933; Glock, model 17, 9mm pistol bearing serial number HSR891; Romarm Mini Draco, 7.62X39mm pistol bearing serial number PE-4854-2018RO; Intratec, model DC-9, 9mm pistol bearing serial number D082551; Romarm, micro Draco, 7.62X39mm pistol bearing serial number PMD-22646-20ROA; Anderson Manufacturing, model AM-15, 5.56mm rifle bearing serial number 18156661; $103,598 in U.S. Currency; several hundred rounds of ammunition; and thirteen high-capacity magazines.

8. On May 28, 2021, investigators conducted an interview with Limoli. Limoli reported that ROBERTSON, prior to his April 2021 arrest, had asked if he could bring some things over to her residence, to which Limoli agreed. Limoli further described that over the past few months, she would allow ROBERTSON inside her residence to shower and get something to eat. Limoli explained the same bedroom where the above referenced firearms and currency were seized from is the same bedroom ROBERTSON used to sleep in when he lived at her residence. When asked about the safe inside the bedroom, Limoli denied possession of that specific safe (where the handguns, wallet, and U.S. currency were located). Limoli stated she questioned ROBERTSON about the safe and he ultimately admitted it was his.

9. In October 2022, Your Affiant and ATF Task Force Officers (TFOs) Orick and Wright became aware of the HTTF investigation into ROBERTSON. They were informed of a search warrant executed on May 27, 2021, along with the items seized from the search warrant. Therefore, Investigators began an investigation into ROBERTSON. They were able to track ROBERTSON's location through several state search warrants for pen registers/trap and traces on

several of ROBERTSON's cellphones. They also conducted surveillance and two traffic stops, which resulted in the discovery of evidence that ROBERTSON was trafficking narcotics from two locations: 907 Racine Avenue and 88 Dana Avenue, both in Columbus, Ohio.

10. On November 8, 2022, ATF obtained a federal search warrant for 907 Racine Avenue, a residence associated with ROBERTSON. On November 16, 2022, ATF obtained a second federal search warrant for 88 Dana Avenue, Columbus, Ohio, another residence associated with ROBERTSON. A federal arrest warrant was also obtained for the arrest of ROBERTSON.

11. On November 17, 2022, ATF agents executed the search warrants and seized several items of evidence. ROBERTSON was located at 88 Dana Avenue and taken into custody. The following items were seized from 88 Dana Avenue: two (2) baggies containing pinkish rock substance, eight (8) cellular telephones, mixed baggies of suspected marijuana and pinkish rocks, one (1) baggie containing pinkish powder, one (1) baggie containing pills and hard white substance, tin foil with suspected narcotics, one (1) baggie containing suspected narcotics and possible cutting agent, and one (1) baggie containing pinkish powder. The following items were seized from 907 Racine Avenue: Glock, model 19GEN4, 9mm pistol bearing s/n: AELK321 loaded with 17 rounds of ammunition; Rexio, model RJ, .38 special revolver, bearing s/n: 109325 loaded with five (5) rounds of ammunition; Smith and Wesson, model 64-2, .38 special revolver bearing s/n: 27794 loaded with six (6) rounds of ammunition; 217 rounds of assorted ammunition; mixed baggies of suspected marijuana and pinkish rocks; miscellaneous documents; baggie of suspected marijuana and one (1) orange pill; one (1) cellular telephone; baggie containing suspected narcotics; baggie containing suspected narcotics; and a Samsung tablet.

12. ROBERTSON has a prior conviction in Franklin County Court of Common Pleas on August 1, 2007, for Kidnapping (F1), Case Number 06CR6275. Additionally, ROBERTSON

has a conviction in the United States District Court for the Southern District of Ohio on July 18, 2007, for a violation of Title 21 United States Code Section 846, Conspiracy, Case Number 2:07CR45. ROBERTSON is currently on Post Release Control through the Ohio Adult Parole Authority as well as supervised release through the United States District Court for the Southern District of Ohio for the convictions referenced above. Therefore, ROBERTSON is federally prohibited from possessing a firearm and/or ammunition.

13. On January 4, 2023, Special Agent Janna Penfield spoke with ATF Interstate Nexus Expert Special Agent Jason Burns who was informed about the aforementioned firearms and provided a verbal determination that Kahr Arms, Glock, Sig Sauer, Romarm, Intratec, Smith and Wesson, Mossberg and/or Anderson Manufacturing firearms are not manufactured in the State of Ohio. Thus, the aforementioned firearms must have traveled in interstate commerce to be found in the State of Ohio.

14. Based on the foregoing, I believe probable cause exists to issue a search warrant and obtain a DNA sample from the person of ROBERTSON, as this DNA sample may constitute evidence of violations of 18 U.S.C. 922(g)(1) (felon in possession of a firearm). Therefore, I request the Court allow me and other authorized law enforcement officers to take a cotton swab and place it inside the mouth of ROBERTSON, rubbing the inside of his cheek to obtain cellular material – this method allows officers to obtain saliva and/or topical or oral skin cells, by means of an oral swab. Based on my training and experience, I know that this procedure is quick, painless and involves minimal intrusion into the body. This warrant also permits authority to execute the

search warrant with force if necessary.

_____
Janna Penfield, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim R. 41(d)(3) on this 13th day of January, 2023.

_____
Kimberly A. Jolson
United States Magistrate Judge

## ATTACHMENT A

### PERSONS / PLACES TO BE SEARCHED

The person to be searched is Pertrocelli ROBERTSON, a black male, DOB: 01/12/1986, SSN: XXX-XX-3312. Petrocelli ROBERTSON is currently incarcerated in the Franklin County Corrections Center II located at 2460 Jackson Pike, Columbus, Ohio 43223.

## ATTACHMENT B

## ITEMS TO BE SEIZED

DNA standard from the saliva of Petrocelli ROBERTSON, a black male, DOB: 01/12/1986, SSN: XXX-XX-3312, taken on sterile swabs.